```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FRANCES REMUS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-04-0425 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| FRANCES REMUS, | ) | |
| | ) | |
| Defendant. | ) | Date:  June 29, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for June 29 may be continued to August 31, 2005, at 9:00 a.m.

The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. The case was recently reassigned in the U.S. Attorney's Office and is also to be reassigned in the Federal Defender's Office to Assistant Federal Defender Dennis Waks. Substantial work remains to be done in order to

1  focus the issues for trial and to determine what pretrial motions if any
2  need to be filed.  In order to narrow the issues for decision, and to
3  afford new counsel for both parties time to familiarize themselves with
4  the case, the parties agree that additional time is needed, which further
5  supports a finding that the ends of justice to be served by a continuance
6  outweigh the best interests of the public and the defendant in a speedy
7  trial.  The parties agree that, in light of the need for additional time,
8  time under the Speedy Trial Act shall be excluded through August 31,
9  2005, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(ii) and (B)(iv).

11 Dated: June 27, 2005               Respectfully submitted,

12                                    QUIN DENVIR
                                      Federal Defender

14                                    /s/ T. Zindel
                                      TIMOTHY ZINDEL
15                                    Assistant Federal Defender
                                      Attorney for FRAN REMUS

17                                    McGREGOR SCOTT
                                      United States Attorney

19 Dated: June 27, 2005               /s/ T. Zindel for D. Linhardt
                                      DANIEL LINHARDT
20                                    Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for June 29, 2005 is continued to August 31, 2005, at 9:00 a.m.

The Court finds that time under the Speedy Trial Act shall be excluded through August 31, 2005, as set forth in this stipulation, in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case, as previously noted. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 27, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3