```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    FRANCES REMUS
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) NO. CR. S-04-0425 WBS
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
15      v.                        ) STATUS CONFERENCE AND EXCLUDING
                                  ) TIME
16  FRANCES REMUS,                )
                                  )
17              Defendant.        ) Date:  October 19, 2005
                                  ) Time:  9:00 a.m.
18  _____) Judge: Hon. William B. Shubb

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Frances Remus, through their respective
22 attorneys, that the status conference scheduled for August 31 may be
23 continued to October 19, 2005, at 9:00 a.m.

24      The Court previously found this case to be complex because of the
25 extensive business and litigation records underlying the charges. The
26 defense counsel would like additional time to review discovery with the
27 defendant, examine possible defenses and to continue investigation of the
28 facts in this case. The parties agree that, in light of the need for

additional investigation, time under the Speedy Trial Act shall be excluded through October 19, 2005, pursuant to 18 U.S.C. § 3161(h)(8), (B)(ii) and (B)(iv). (Local Code T2 and T4).

Dated: August 26, 2005        Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender

                              /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for FRAN REMUS


                              McGREGOR SCOTT
                              United States Attorney

Dated: August 26, 2005        /s/ T. Zindel for D. Linhardt
                              DANIEL LINHARDT
                              Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for August 31, 2005 is continued to October 19, 2005, at 9:00 a.m.

The Court finds that time under the Speedy Trial Act shall be excluded through October 19, 2005, as set forth in this stipulation, in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case, as previously noted. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 30, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3