1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   FRANCES REMUS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  NO. CR. S-04-0425 WBS
                                  )
14            Plaintiff,          )
                                  )  **STIPULATION AND ORDER CONTINUING**
15    v.                          )  **STATUS CONFERENCE AND EXCLUDING**
                                  )  **TIME**
16 FRANCES REMUS,                 )
                                  )
17            Defendant.          )  Date:  October 19, 2005
                                  )  Time:  9:00 a.m.
18 _____)  Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Frances Remus, through their respective

22 attorneys, that the status conference scheduled for October 19 may be

23 continued to November 30, 2005, at 9:00 a.m.

24      The Court previously found this case to be complex because of the

25 extensive business and litigation records underlying the charges.  The

26 defense counsel would like additional time to review discovery with the

27 defendant, examine possible defenses and to continue investigation of the

28 facts in this case, and explore possible resolutions.  The parties agree

that, in light of the need for additional investigation, time under the Speedy Trial Act shall be excluded through November 30, 2005, pursuant to 18 U.S.C. § 3161(h)(8), (B)(ii) and (B)(iv) (Local Code T2 and T4).

                                        Respectfully submitted,

                                        QUIN DENVIR
Federal Defender

Dated: October 13, 2005       /s/ T. Zindel
                                        TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FRAN REMUS

                                        McGREGOR SCOTT
United States Attorney

Dated: October 13, 2005       /s/ T. Zindel for D. Linhardt
                                        DANIEL LINHARDT
Assistant U.S. Attorney

1 **O R D E R**

3 The status conference scheduled for October 19, 2005 is continued to November 30, 2005, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through November 30, 2005, as set forth in this stipulation, in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case, as previously noted. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 13, 2005

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3