```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FRANCES REMUS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. CR. S-04-0425 WBS |
|                                   ) | |
|     Plaintiff, ) | |
|                                   ) | **STIPULATION AND ORDER CONTINUING** |
|   v.                    ) | **STATUS CONFERENCE AND EXCLUDING** |
|                                   ) | **TIME** |
| FRANCES REMUS,                    ) | |
|                                   ) | |
|     Defendant. ) | Date:  January 18, 2006 |
|                                   ) | Time:  9:00 a.m. |
| _____   ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for November 30, 2005 may be continued to January 18, 2006, at 9:00 a.m.

    The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. The defense counsel would like additional time to review discovery with the defendant, examine possible defenses, to continue investigation of the facts in this case, and explore possible resolutions. The parties agree

1 | that, in light of the need for additional investigation, time under the
2 | Speedy Trial Act shall be excluded through January 18, 2006, pursuant to
3 | 18 U.S.C. § 3161(h)(8)(B)(ii) and (B)(iv) (Local Codes T2 and T4).

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

Dated: November 29, 2005          /s/ Dennis S. Waks for
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for FRANCES REMUS

                                            McGREGOR SCOTT
                                            United States Attorney

Dated: November 29, 2005          /s/ Dennis S. Waks for
                                            DANIEL LINHARDT
                                            Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for November 30, 2005 is continued to January 18, 2005, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through January 18, 2006, as set forth in this stipulation, in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case, as previously noted. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   November 29, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE