```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    FRANCES REMUS
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-04-0425 WBS |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| FRANCES REMUS, | ) | |
| Defendant. | ) | Date: January 18, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for January 18, 2006, may be continued to March 2, 2006, at 2:00 p.m.

The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. Counsel have been actively exploring the possibility of resolving the case without trial and intend additional meetings between the date of this stipulation and the rescheduled status conference. Because of the

1  complexity of the issues presented, counsel agree that time under the
2  Speedy Trial Act shall be excluded through March 2, 2006, pursuant to 18
3  U.S.C. § 3161(h)(8)(B)(ii) and (B)(iv) (Local Codes T2 and T4).

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

Dated: January 17, 2006         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for FRANCES REMUS


                                McGREGOR SCOTT
                                United States Attorney

Dated: January 17, 2006         /s/ T. Zindel for D. Linhardt
                                DANIEL LINHARDT
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 2, 2006, at 2:00 p.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE