1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. S. 04-425 WBS
                                )
12              Plaintiff,      )
                                )
13         v.                   )   STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE;
14 FRANCES REMUS,               )   [PROPOSED] ORDER
                                )
15              Defendant.      )
   _____)
16

17      It is hereby agreed between the parties that the status
18 conference presently set for March 16, 2006, at 2:00 P.M., be
19 continued to April 12, 2006, at 9:00 A.M.  Prior government
20 counsel retired in January 2006.  Newly assigned government
21 counsel has conferred with defense counsel, and both parties
22 believe additional time is needed for government counsel to
23 research and consider issues raised by the defense that would
24 directly impact resolution of this case.  The parties are
25 informed that April 12, 2006, is the court's first available
26 calendar in April.  The parties believe this additional
27 continuance will allow sufficient time to accomplish the
28

1 anticipated tasks and jointly request that time be excluded
2 pursuant to Local Rule T4.
3      On March 14, 2006, Timothy Zindel gave Camil A. Skipper
4 verbal permission to sign this stipulation on his behalf.
5
6 DATED: March 14, 2006                McGREGOR W. SCOTT
                                       United States Attorney
7
8
                                    By  /s/ Camil A. Skipper
9                                       CAMIL A. SKIPPER
                                        Assistant U.S. Attorney
10
11
12 DATED: March 14, 2006              /s/ Camil A. Skipper for
                                      TIMOTHY ZINDEL
13                                    Attorney for defendant
14
15
                              **ORDER**
16
IT IS HEREBY ORDERED THAT the status conference presently set for
17
March 16, 2006, is continued to April 12, 2006, at 9:00 A.M.
18
Good cause having been shown, time is excluded under the Speedy
19
Trial Act from March 16 through April 12, 2006 under Local Code
20
T4 to allow counsel reasonable time to prepare.
21
22
Date: March 15, 2006
23
24
                                    _____
25                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
26
27
28

2