```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CR. S. 04-425 WBS
                                )
12            Plaintiff,        )
                                )
13       v.                     )   STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE;
14  FRANCES REMUS,              )   [PROPOSED] ORDER
                                )
15            Defendant.        )
    _____)
16
17       It is hereby agreed between the parties that the status
18  conference presently set for April 12, 2006, at 2:00 P.M., be
19  continued to May 3, 2006, at 9:00 A.M.  As stated in the previous
20  stipulation to continue a status conference, prior government
21  counsel retired in January 2006, and the undersigned government
22  counsel has been researching and considering issues raised by the
23  defense that would directly impact resolution of this case.  The
24  government has made substantial progress in that time and has
25  compiled information that may allow the parties to reach the
26  desired resolution.  Additional time is needed, however, to
27  confirm that the proposed resolution is legally sufficient and
28  confer with defense counsel to ensure that the factual basis is
```

1  accurate.  For that reason, the parties jointly request that time
2  be excluded pursuant to Local Rule T4.
3      On April 11, 2006, Timothy Zindel gave Camil Skipper verbal
4  permission to sign this stipulation on his behalf.

6  DATED: April 11, 2006                McGREGOR W. SCOTT
                                        United States Attorney

9                                  By   /s/ Camil A. Skipper
                                        CAMIL A. SKIPPER
                                        Assistant U.S. Attorney

12 DATED: April 11, 2006                /s/ Camil A. Skipper for
                                        TIMOTHY ZINDEL
13                                      Attorney for defendant

**ORDER**

IT IS HEREBY ORDERED THAT the status conference presently set for April 12, 2006, is continued to May 3, 2006, at 9:00 A.M.  Good cause having been shown, time is excluded under the Speedy Trial Act from April 12 through May 3, 2006, to allow counsel reasonable time to prepare.

Date:  April 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2