1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. S. 04-425 WBS
                                )
12            Plaintiff,        )
                                )
13       v.                     )   STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE;
14 FRANCES REMUS,               )   [PROPOSED] ORDER
                                )
15            Defendant.        )
   _____)
16

17      It is hereby agreed between the parties that the status
18 conference presently set for May 3, 2006, at 9:00 A.M., be
19 continued to May 24, 2006, at 9:00 A.M.
20      The parties have made progress in the consideration of a
21 proposed resolution of the charges.  Additional time is needed,
22 however, to confer and confirm facts necessary to support the
23 resolution of the case.  For that reason, the parties jointly
24 request that time be excluded pursuant to Local Rule T4.
25 DATED: May 2, 2006                McGREGOR W. SCOTT
                                     United States Attorney
26

27
                                By   /s/ Camil A. Skipper
28                                   CAMIL A. SKIPPER
                                     Assistant U.S. Attorney

DATED: May 2, 2006                    /s/ Timothy Zindel
                                      TIMOTHY ZINDEL
                                      Attorney for defendant

**ORDER**

IT IS HEREBY ORDERED THAT the status conference presently set for May 3, 2006, is continued to May 24, 2006, at 9:00 A.M. Good cause having been shown, time is excluded under the Speedy Trial Act from April 12 through May 24, 2006, to allow counsel reasonable time to prepare.

Date:  May 4, 2006

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2