```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCES REMUS,<br><br>　　　　　Defendant.<br>_____ | NO. CR. S-04-0425 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　May 24, 2006<br>Time:　9:00 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for May 24, 2006, may be continued to June 28, 2006, at 9:00 a.m.

　　　The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. The case was recently reassigned within the U.S. Attorney's Office. Counsel for both parties intend to meet in early June to discuss resolution without trial. Because of the complexity of the issues remaining, counsel agree that time under the Speedy Trial Act shall be excluded

1  through June 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and
2  (B)(iv) (Local Codes T2 and T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Acting Federal Defender
5

6  Dated: May 22, 2006                     /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for FRANCES REMUS
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated: May 22, 2006                     /s/ T. Zindel for C. Skipper
                                           CAMIL SKIPPER
12                                         Assistant U.S. Attorney

13

14                               **O R D E R**

15     The status conference is continued to June 28, 2006, at 9:00 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel for both parties reasonable
18 time to prepare in this matter and in light of the complexity of the
19 case.  Based on the parties' representations, the Court finds that the
20 ends of justice served by granting a continuance outweigh the best
21 interests of the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.
23 Dated:  May 22, 2006

24
25                                         WILLIAM B. SHUBB
26                                         UNITED STATES DISTRICT JUDGE
27
28

                                    2