```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>FRANCES REMUS,<br><br>    Defendant.<br>_____ | NO. CR. S-04-0425 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: June 28, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for June 28, 2006, may be continued to August 16, 2006, at 9:00 a.m.

  The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. The case was recently reassigned within the U.S. Attorney's Office. Counsel for both parties have yet to meet to discuss resolution without trial -- there are several difficult issues needing to be confronted. Because of the complexity of the issues remaining, counsel agree that time under the

1  Speedy Trial Act shall be excluded through August 16, 2006, pursuant to
2  18 U.S.C. § 3161(h)(8)(B)(ii) and (B)(iv) (Local Codes T2 and T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated: June 27, 2006                    /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for FRANCES REMUS
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated: June 27, 2006                    /s/ T. Zindel for C. Skipper
                                           CAMIL SKIPPER
12                                         Assistant U.S. Attorney
13

**O R D E R**

The status conference is continued to August 16, 2006, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2