DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. CR. S-04-0425 WBS |
| )  | |
| Plaintiff,    ) | |
| ) | **STIPULATION AND ORDER** |
| v.                               ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| FRANCES REMUS,                   ) | |
| ) | Date:  August 16, 2006 |
| Defendant.   ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for August 16, 2006, may be continued to September 20, 2006, at 9:00 a.m.

    The Court previously found this case to be complex because of the extensive business and litigation records underlying the charges. Counsel for both parties continue to discuss options for resolving the case without trial -- there are several issues remaining. Because of the complexity of the case, counsel agree that time under the Speedy

1 Trial Act shall be excluded through September 20, 2006, pursuant to 18
2 U.S.C. § 3161(h)(8)(B)(ii) and (B)(iv) (Local Codes T2 and T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 14, 2006          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for FRANCES REMUS

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: August 14, 2006          /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 20, 2006, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare in this matter and in light of the complexity of the case. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 15, 2006

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE