DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-04-0425 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| FRANCES REMUS, | ) | |
| Defendant. | ) | Date: September 20, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for September 20, 2006, may be continued to October 18, 2006, at 9:00 a.m.

   Since the last status conference, the parties have resolved the central issue in their negotiations and it now appears that the case will resolve without trial at the next scheduled hearing. Time is needed to write the plea agreement and related documents. The Court previously found this case to be complex and excluded time for that reason, but now it appears that time may be excluded simply to afford both counsel adequate time to finalize their agreement. Accordingly, the parties

1  agree that time under the Speedy Trial Act shall be excluded through
2  October 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
3  (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 18, 2006        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for FRANCES REMUS

                                 McGREGOR SCOTT
                                 United States Attorney

Dated: September 18, 2006        /s/ T. Zindel for C. Skipper
                                 CAMIL SKIPPER
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 18, 2006, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2