```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FRANCES REMUS
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-04-0425 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| FRANCES REMUS, | ) |
| | ) Date: October 18, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for October 18, 2006, may be continued to December 6, 2006, at 9:00 a.m.

   The parties have yet to reduce their proposed resolution of the case to writing; once that is completed, defense counsel will need additional time to review the final agreement with Ms. Remus.  The parties agree that additional time is reasonably needed for preparation by both counsel and therefore also agree that time under the Speedy Trial Act should be

/////

/////

1  excluded through December 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv) (Local Code T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated:  October 16, 2006                /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for FRANCES REMUS
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated:  October 16, 2006                /s/ T. Zindel for C. Skipper
                                           CAMIL SKIPPER
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**
15      The status conference is continued to December 6, 2006, at 9:00 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel for both parties reasonable
18 time to prepare.  Based on the parties' representations, the Court finds
19 that the ends of justice served by granting a continuance outweigh the
20 best interests of the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22
23 Dated: October 17, 2006
24
25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26
27
28

2