```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    FRANCES REMUS
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  NO. CR. S-04-0425 WBS
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14        v.                     )  CONTINUING STATUS CONFERENCE
                                 )
15  FRANCES REMUS,               )
                                 )  Date:  December 6, 2006
16              Defendant.       )  Time:  9:00 a.m.
                                 )  Judge: Hon. William B. Shubb
17  _____ )
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for December 6, 2006, may be continued to January 22, 2007, at 8:30 a.m.

The parties have reached an agreement to resolve the case by way of plea to misdemeanor contempt of court. Because the charge is a misdemeanor, Ms. Remus will enter her plea before the magistrate judge once the agreement is finalized and her appearance is scheduled, probably later this month. Because time is needed to complete the agreement and schedule the plea, the parties agree that the status conference should be

1  continued and time under the Speedy Trial Act excluded through January
2  22, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code
3  T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 4, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for FRANCES REMUS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  December 4, 2006                /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney


# O R D E R

The status conference is continued to January 22, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 5, 2006

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

2