DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANCES REMUS,<br><br>            Defendant. | NO. CR. S-04-0425 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: January 22, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the status conference scheduled for January 22 may be continued to April 30, 2007, at 8:30 a.m. or on any date thereafter when the Court may be available.

Ms. Remus has agreed to plead guilty to a superseding information charging contempt of court and is scheduled to enter her plea on January 26, 2007, before the magistrate judge. Because the plea agreement contemplates that the indictment will not be dismissed until sentencing, it is necessary to set a distant status conference on the underlying case

1  to accommodate the misdemeanor plea and sentencing schedule.  The parties
2  thus agree that the status conference should be continued and that time
3  under the Speedy Trial Act excluded through April 30, 2007, pursuant to
4  18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 16, 2007        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for FRANCES REMUS


                               McGREGOR SCOTT
                               United States Attorney


Dated: January 16, 2007        /s/ T. Zindel for C. Skipper
                               CAMIL SKIPPER
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 30, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to resolve the case before the magistrate judge.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time excluded through the rescheduled status conference.

IT IS SO ORDERED.

Dated: January 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE