McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S. 04-425 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT; ORDER |
| FRANCES REMUS, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, moves this court to dismiss Indictment 04-425 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The federal indictment charges the defendant with mail fraud and money laundering.

Pursuant to an agreement reached by the parties, on January 26, 2007, the defendant pleaded guilty to contempt, a violation of Section 402 of Title 18 of the United States Code, as charged in a superseding indictment.  The defendant was sentenced on May

1  7, 2007.  Therefore, the government moves this Court to dismiss
2  the federal indictment with prejudice.
3                                      Respectfully submitted,
4  Dated: May 8, 2007                  McGREGOR W. SCOTT
                                       United States Attorney
5
6
                                       By: /s/ Camil A. Skipper
7                                          CAMIL A. SKIPPER
                                           Assistant U.S. Attorney
8
9                              **O R D E R**
10
11 **APPROVED AND SO ORDERED.**
12
13 Date:  May 8, 2007
14                         _____
15                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28