DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCES REMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-04-0425 GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE RETURN OF PASSPORT** |
| FRANCES REMUS, | |
| Defendant. | Judge: Hon. Gregory G. Hollows |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Frances Remus, through their respective attorneys, that the Clerk's Office shall immediately return Ms. Remus's passport to defense counsel so that he may return it to Ms. Remus.

   At Ms. Remus's initial appearance before the magistrate in November 2004 she was ordered to surrender her passport during the pendency of her case.  (Docket item 8 memorializes the receipt of her passport.)

   This Court placed Ms. Remus on probation in May 2007 and the district court dismissed the underlying indictment on May 9, 2007. Because Ms. Remus's case is no longer pending, the parties agree that her

passport should be returned to her immediately. The Clerk's Office advised defense counsel that it requires a court order to return the passport.

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated: November 5, 2007        /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for FRANCES REMUS

                                  McGREGOR SCOTT
                                  United States Attorney

Dated: November 5, 2007        /s/ T. Zindel for C. Skipper
                                  CAMIL SKIPPER
                                  Assistant U.S. Attorney

## **O R D E R**

The Clerk shall release Ms. Remus's passport to the Federal Defender's Office who will return it to Ms. Remus.

IT IS SO ORDERED.

Dated: 11/7/07                        /s/ Gregory G. Hollows
                                  United States Magistrate Judge

remus.ord